| | | | | |
|---|---|---|---|---|
| Drummond v. State .............. | 49A02– 1606–PC– 1278 | 07/28/2017 | BROWN, J. | Reversed and remanded |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Berry v. State .................. | 82A01– 1611–CR– 2695 | 07/28/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Boyd v. State .................. | 49A05– 1701–CR– 192 | 07/28/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |